**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ONLINE NEWS LINK LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:09-CV-0312-DF |
| | ) |
| APPLE INC., DOW JONES & COMPANY, | ) |
| INC., INVESTOR'S BUSINESS DAILY, | ) JURY TRIAL DEMANDED |
| INC., FORBES MEDIA LLC, FORBES.COM | ) |
| INC., THESTREET.COM, INC., | ) |
| MORNINGSTAR, INC., A. H. BELO | ) |
| CORPORATION, and THE DALLAS | ) |
| MORNING NEWS, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT NOTICE OF SETTLEMENT REGARDING ALL REMAINING PARTIES**

Plaintiff, Online News Link LLC ("Plaintiff"), and the remaining Defendant, Investor's Business Daily, Inc. ("IBD"), file this Joint Notice of Settlement to inform the Court as follows:

1. Plaintiff and IBD have reached an agreement in principal that resolves all claims asserted by Plaintiff against IBD in the above-entitled and numbered action (noting that IBD has not asserted any claims or counterclaims against Plaintiff).

2. Plaintiff and IBD are in the process of memorializing the principal terms of their agreement, and expect to file a stipulation of dismissal requesting that the Court dismiss with prejudice all claims asserted by Plaintiff against IBD in the above-entitled and numbered action in the near future.

3. In light of their settlement in principal and impending dismissal, Plaintiff and IBD are concurrently filing a Joint Motion to Stay All Deadlines for 30 days while they finalize their settlement agreement.

2

**Dated:  July 12, 2010**

| | |
|---|---|
| /s/ Decker A. Cammack<br>Edward R. Nelson, III<br>State Bar No. 00797142<br>Decker A. Cammack<br>Texas State Bar No. 24036311<br>NELSON BUMGARDNER CASTO, P.C.<br>3131 West 7th Street, Suite 300<br>Fort Worth, TX 76107<br>(817) 377-9111<br>Fax (817) 377-3494<br>enelson@nbclaw.net<br>dcammack@nbclaw.net<br><br>T. John Ward, Jr.<br>State Bar No. 00794818<br>WARD & SMITH LAW FIRM<br>P.O. Box 1231<br>Longview, Texas  75606<br>(903) 757-6400<br>(903) 757-2323 (fax)<br>jw@jwfirm.com<br><br>**ATTORNEYS FOR PLAINTIFF<br>ONLINE NEWS LINK LLC** | By:  /s/ Martin M. Noonen (with permission)<br>Michael E. Jones<br>State Bar No. 10929400<br>mikejones@potterminton.com<br>Allen F. Gardner<br>State Bar No. 24043679<br>allengardner@potterminton.com<br>**POTTER MINTON, P.C.**<br>110 N. College, Suite 500<br>Tyler, Texas  75702<br>(903) 597-8311 (telephone)<br>(903) 593-0846 (facsimile)<br><br>Vincent J. Belusko *(Lead Counsel)*<br>vbelusko@mofo.com<br>Martin M. Noonen<br>mnoonen@mofo.com<br>Alex S. Yap<br>ayap@mofo.com<br>**MORRISON & FOERSTER LLP**<br>555 West Fifth Street<br>Los Angeles, California  90013-1024<br>(213) 892-5200 (telephone)<br>(213) 892-5454 (facsimile)<br><br>**ATTORNEYS FOR DEFENDANT<br>INVESTOR'S BUSINESS DAILY,<br>INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th Day of July, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Decker A. Cammack